*The Honorable Rosanna Malouf Peterson*

*JOHN G. SCHULTZ, WSBA NO. 776*
*LEAVY, SCHULTZ, DAVIS & FEARING, P.S.*
*Attorneys for Plaintiff*
*2415 West Falls Avenue*
*Kennewick, WA 99336*
*(509) 736-1330 phone*
*(509) 736-1580 fax*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT W. WILSON and SONIA SILVA WILSON, husband and wife,<br><br>    Plaintiff,<br><br>vs.<br><br>BATTELLE MEMORIAL INSTITUTE, dba PACIFIC NORTHWEST NATIONAL LABORATORY,<br><br>    Defendant. | NO. CV-11-5130-RMP<br><br>**AMENDED COMPLAINT** |

COME NOW the Plaintiffs above named, and hereby amends prior complaint as follows:

### STATEMENT OF FACTS

I.   The defendant is an Ohio corporation, conducting business in Benton County, Washington. This lawsuit arises out of an employment relationship

Amended Complaint-Page 1

Leavy, Schultz, Davis & Fearing, P.S.
2415 W. Falls
Kennewick, WA 99336
(509) 736-1330
Fax: (509) 736-1580

between plaintiff and defendant, centered in Benton County, Washington.

II. Plaintiff ROBERT W. WILSON is a former employee of the defendant.

III. On July 15, 2011, defendant terminated the plaintiff from employment based upon his age.  Defendant has additionally undertaken policies to discriminate against older employees.  Plaintiff was 61 years old on July 15, 2011.

IV. Defendant's Senior Management has issued a series of directives to gain efficiencies in the company by "doing more with less".  This has included reducing the work force.  In response to these directives, the line management has instituting a pattern of discharging older employees from service.

V. Michael Stephenson, Division Manager, and Eric Damberg, began a series of unsubstantiated disciplinary actions in order to conceal their intention to terminate plaintiff because of age.  These actions were formerly protested to their manager Cameron Anderson as discriminatory against plaintiff because of his age, and the request was made that they cease their discriminatory practices.  Instead, plaintiff was fired.

VI. Michael Stephenson and Eric Damberg repeatedly cited poor performance as their reason for disciplinary action.  However, during that time, plaintiff received Outstanding Performance Awards for his service and numerous

Amended Complaint-Page 2

commendations for his work from peers and colleagues. Plaintiff also received excellent performance reviews since being hired by defendant, until Michael Stephenson was recruited by Eric Damberg to act as immediate supervisor. From that point forward, he began to receive unsubstantiated disciplinary action even though the work was the same for which he was hired.

VII. Other persons in the same or similar situation who were treated better were, Matthew Barnett, Principal Professional Engineer for Radioactive Air Emissions, Thomas Moon, Principal Engineer for Water Quality, John Akers, Project Professional & Engineer, Environmental Compliance Representative.

VIII. Persons treated the same as Plaintiff include Alice Ikenberry, former Environmental Division Manager, a white woman, age 55, was terminated in the same manner that the Plaintiff was terminated. She was also subjected to the same prolonged disciplinary actions used as a pretext for terminating her because of her age.

IX. The defendant has a policy of terminating older employees under the guise of applying "new energy". The company has a pattern of age-related discriminations.

X. Robert W. Wilson and Sonia Silva Wilson are husband and wife, and the

Amended Complaint-Page 3

damages above asserted have been incurred by the marital community consisting of Robert W. Wilson and Sonia Silva Wilson.

WHEREFORE, plaintiff prays for the following relief:

1. For judgment against the defendant in an amount to be determined at trial.

2. For reasonable attorney's fees and costs as provided by law, and in particular, by RCW948030 and RCW Chapter 49.60;

3. For such other relief as to the court may seem necessary and proper.

DATED this 8th day of September, 2011.

          LEAVY, SCHULTZ, DAVIS & FEARING, P.S.

By: s\ John G. Schultz
*JOHN G. SCHULTZ, WSBA NO. 776*
*LEAVY, SCHULTZ, DAVIS & FEARING, P.S.*
*Attorneys for Plaintiff*
*2415 West Falls Avenue*
*Kennewick, WA 99336*
*(509) 736-1330 phone*
*(509) 736-1580 fax*
jschultz@tricitylaw.com
Attorneys for Robert W. Wilson

Amended Complaint-Page 4

# CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of September, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Elizabeth R. Kennar
Denise L. Ashbaugh
Summit Law Group PLLC
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104-2682
Telephone: (206) 676-7000
Facsimile (206) 676-7001
bethk@summitlaw.com
denisea@summitlaw.com
Counsel for Defendant Battelle Memorial Institute

LEAVY, SCHULTZ, DAVIS & FEARING, P.S.

By: s|John G. Schultz
*JOHN G. SCHULTZ, WSBA NO. 776*
*LEAVY, SCHULTZ, DAVIS & FEARING, P.S.*
*Attorneys for Plaintiff*
*2415 West Falls Avenue*
*Kennewick, WA 99336*
*(509) 736-1330 phone*
*(509) 736-1580 fax*
jschultz@tricitylaw.com
Attorneys for Robert W. Wilson

Amended Complaint-Page 5