UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT W. WILSON and SONIA SILVA WILSON, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>BATTELLE MEMORIAL INSTITUTE, d/b/a PACIFIC NORTHWEST NATIONAL LABORATORY,<br><br>Defendant. | NO:  11-CV-5130-TOR<br><br>ORDER GRANTING STIPULATION AND AGREED ORDER OF DISMISSAL |

Before the Court is the parties' Stipulation and Agreed Order of Dismissal (ECF No. 129). The parties stipulated that the above captioned action, including all claims and requests for relief of any kind, shall be dismissed with prejudice and without an award of costs or attorney fees to either party.

//

//

//

ORDER GRANTING STIPULATION AND AGREED ORDER OF DISMISSAL ~ 1

**Accordingly, IT IS HEREBY ORDERED**:

The parties' Stipulation and Agreed Order of Dismissal (ECF No. 129) is **GRANTED**. Pursuant to the parties' stipulation, all claims and causes of action in this matter are **DISMISSED** with prejudice and without costs or fees to any party.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** this 1st day of November, 2012.

*s/ Thomas O. Rice*

THOMAS O. RICE
United States District Judge